812

Supreme Court of California. Certiorari granted. *Russell E. Parsons* and *Harold W. Kennedy* for the Farmer Bros. Co., petitioner.

No. 197. NATIONAL LABOR RELATIONS BOARD *v.* CROMPTON-HIGHLAND MILLS, INC. C. A. 5th Cir. Certiorari granted. *Solicitor General Perlman* for petitioner. *Ralph Williams* for respondent.

No. 200. NEW YORK *v.* CARTER, TRUSTEE IN BANKRUPTCY; and

No. 201. UNITED STATES *v.* CARTER, TRUSTEE. C. A. 2d Cir. Certiorari granted. *Nathaniel L. Goldstein,* Attorney General of New York, and *Wendell P. Brown,* Solicitor General, for petitioner in No. 200. *Solicitor General Perlman* for the United States, petitioner in No. 201. Reported below: 168 F. 2d 272.

No. 216. ALGOMA PLYWOOD & VENEER CO. *v.* WISCONSIN EMPLOYMENT RELATIONS BOARD. Supreme Court of Wisconsin. Certiorari granted. *Malcolm K. Whyte* for petitioner. *Stewart G. Honeck,* Deputy Attorney General of Wisconsin, for respondent.

No. 223. JOY OIL CO., LTD. *v.* STATE TAX COMMISSION. Supreme Court of Michigan. Certiorari granted. *Clayton F. Jennings* for petitioner. *Eugene F. Black,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, *Dale H. Fillmore* and *Joel K. Underwood* for respondent.